Charles Brussel, appellee, v. Earl C. Huggins et al., appellants.

Suit to rescind and cancel a contract for the purchase of real estate and to recover money paid thereon because of false and fraudulent representations. Decree for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed July 11, 1922.

Frank F. Noleman, June C. Smith and Andrew J. Dallstream, for appellants. James H. Smith, for appellee.
Mr. Justice Barry delivered the opinion of the court.